# Court of Appeals
# of the State of Georgia

ATLANTA, __July 26, 2013__

*The Court of Appeals hereby passes the following order:*

**A13A2149. BRANDON KING v. THE STATE.**

Following his guilty plea for criminal attempt to commit robbery, Brandon King filed a motion for out-of-time appeal. The trial court denied the motion by order entered January 1, 2013, and King filed a notice of appeal from this ruling on April 19, 2013.

A notice of appeal must be filed within 30 days of the trial court's entry of the order to be appealed. See id.; see also OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Here, however, King filed his notice of appeal 102 days after entry of the order he seeks to appeal. Accordingly, we lack jurisdiction to consider King's appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
 Clerk's Office, Atlanta, __07/26/2013__
 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*